HILLCREST SILK MILLS, Respondent, *v.* SIQUAX SILK CORPORATION, Appellant.

*Appeal dismissed as frivolous.*

Hillcrest Silk Mills v. Siquax Silk Corporation, 208 App. Div. 835, appeal dismissed.

(Submitted June 2, 1924; decided June 6, 1924.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1924, which reversed an order of Special Term denying a motion for an order to compel defendant to proceed to arbitration and granted said motion. The motion was made upon the ground that the appeal was frivolous and intended only for delay.

*Lewis R. Conklin* for motion.

*Isidor E. Schlesinger* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on ground appeal is frivolous.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CORNELIUS J. FLOOD, Appellant.

(Submitted June 2, 1924; decided June 6, 1924.)

Motion for re-argument denied.   (See 238 N. Y. 563.)

---

HENRY J. SWEENEY, Respondent, *v.* MODERN WOODMEN OF AMERICA, Appellant.

(Submitted June 2, 1924; decided June 6, 1924.)

Motion for re-argument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 237 N. Y. 536.)